```
                   IN THE UNITED STATES BANKRUPTCY COURT
                        NORTHERN DISTRICT OF ILLINOIS
                               EASTERN DIVISION


IN RE:  THOMAS R. WILMOTH                        ) Chapter 07
                                                 )
                                                 )
                                                 )
                                    - Creditor   ) No. 10B05965
BAC Home Loans Servicing, L.P. fka               )
Countrywide Home Loans Servicing, L.P.           )
                                                 )
              v.                                 ) Judge
                                                 )Bruce W. Black
THOMAS R. WILMOTH                   - Debtor     )
                                                 )
```

NOTICE OF MOTION


TO:   SEE ATTACHED ADDRESSES


    PLEASE TAKE NOTICE THAT ON March 26, 2010 at 9:15 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Bruce W. Black, U.S. Bankruptcy Judge, Will County Court Annex Building, 57 North Ottawa Street, Room 201, Joliet, Illinois 60432, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION


    I, the undersigned Attorney, Certify that a copy of this notice was served to the addresses attached by electronic notice through ECF or depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on February 24, 2010, with proper postage prepaid.

```
                                   PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY          /s/Yanick Polycarpe
INFORMATION OBTAINED WILL BE       ARDC#6238792
USED FOR THAT PURPOSE**
                                   1 North Dearborn
                                   Suite 1300
                                   Chicago, Illinois 60602
                                   312-346-9088

PA10-0995
```

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Michael G. Berland
One North LaSalle, Suite 1775
Chicago, Illinois 60602
**by Electronic Notice through ECF**


To Debtor:
THOMAS R. WILMOTH
14442 W Wallingsford Trail
Manhattan, IL 60442
**by U.S. Mail**


To Attorney:
June Prodehl & Renzi
1861 Black Road
Joliet, Illinois 60435
**by Electronic Notice through ECF**



PIERCE & ASSOCIATES, P.C.
Suite 1300
1 North Dearborn
Chicago, Il 60602
(312) 346-9088



PA10-0995

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RE: THOMAS R. WILMOTH, )
 )
BAC Home Loans Servicing, L.P. fka )
Countrywide Home Loans Servicing, L.P., )
        Creditor, )
   vs. ) CASE NO. 10B05965
 ) JUDGE Bruce W. Black
THOMAS R. WILMOTH, )
        Debtor(s), )
 )

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 14442 W Wallingsford Trail, Manhattan, IL 60442, be modified, stating as follows:

1. On February 16, 2010, the above captioned Chapter 7 was filed.

2. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. services the first mortgage lien on the property located at 14442 W Wallingsford Trail, Manhattan, IL 60442.

3. The debt is based on a May 1, 2003, Mortgage and Note in the original sum of $320,700.00.

4. The funds necessary to pay off BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. on the above captioned account were approximately $310,577.47, plus reasonable attorneys fees and costs, through February 2010. The debtor's schedules list the fair market value of said property at $800,000.00. According

to the debtor's schedules, there are other liens on the property totaling $425,465.37.

5. The account is currently due and owing to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. for the July 2009 current mortgage payment and those thereafter, plus reasonable attorneys fees and costs.

6. The debtor has no equity in the property located at 14442 W Wallingsford Trail, Manhattan, IL 60442, for the benefit of unsecured creditors.

7. BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. is not adequately protected.

8. The property located at 14442 W Wallingsford Trail, Manhattan, IL 60442 is not necessary for the debtor's reorganization.

9. The Debtor has scheduled an intention to surrender the property.

10. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus such other relief as this Court deems just.

BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.

/s/Yanick Polycarpe
Yanick Polycarpe
ARDC#6237892

Pierce and Associates, P.C.
1 North Dearborn St.
Suite 1300
Chicago, Illinois 60602
(312)346-9088